## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

VERA ARNOLD
ADC #706169                                                                              PETITIONER

VS.                                    1:05CV00051 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

### ORDER

Pending before this Court is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (Docket entry #1.) Respondent has filed a Response arguing that the Petition should be dismissed because: (1) Petitioner has failed to state a cognizable § 2254 claim; (2) Petitioner has procedurally defaulted in failing to exhaust available state-court remedies; and (3) Petitioner's claims should be denied on the merits. (Docket entry #11.) The Court concludes that a Reply from Petitioner would be helpful to the resolution of this case.[1]

IT IS THEREFORE ORDERED THAT Petitioner shall file **on or before November 18, 2005**, a Reply addressing the arguments raised in the Response (docket entry #11).

Dated this 21st day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court reminds Petitioner of Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added).